**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| David G. Velde, | **ORDER REGARDING STIPULATION TO REMAND TO UNITED STATES BANKRUPTCY COURT** |
| Plaintiff, | |
| vs. | Civ. No. 06-2975 (RHK/RLE) |
| Anthony Pulkrabek, | |
| Defendant. | |

---

This matter came before the Court pursuant to the Stipulation to Remand to United States Bankruptcy Court. Based upon the executed Stipulation, and upon all files, records and proceedings herein:

**IT IS HEREBY ORDERED**:

1. The Stipulation to Remand to United States Bankruptcy Court is approved in its entirety; and

2. This case shall be remanded to Bankruptcy Court so that the Settlement Agreement may be enforced and so that the Bankruptcy Court may issue a non-appealable Order.

Dated: September 12, 2006

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge